IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:04CR16-1-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES ANTHONY TRIVETTE | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER is before the Court on Defendant's *Pro Se* Motion Seeking Judicial Order Or Recommendation For The Designation And Sentence Computation Center To Review Records To Determine Validity Of Defendant's Request. (Doc. 40).

The Court has reviewed the Motion and finds that it is Moot. In that, the Defendant has been released to a Residential Reentry Management Field Office in Raleigh, North Carolina.[1]

IT IS, THEREFORE, ORDERED that the Defendant's Motion is DISMISSED AS MOOT.

Signed: April 19, 2018

Richard L. Voorhees
United States District Judge

---

[1] Based on the website, www.bop.gov/inmateloc/.